WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-09-00790-02-PHX-SRB |
| Plaintiff, | CR-10-01071-02-PHX-SRB |
| v. | **ORDER OF DETENTION** |
| Isaac Alonzo Morgan, | |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petitions on Supervised Release were held on March 26, 2018.

The Court Finds that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petitions.

The Court Further Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 27th day of March, 2018.

Honorable John Z. Boyle
United States Magistrate Judge